**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | |
|---|---|
| MORRIS E. LEWIS, )<br>)<br>        PLAINTIFF, )<br>)<br>v. )<br>)<br>CAPITAL ONE (USA) N.A.; TRANS UNION, )<br>LLC.; EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC, )<br>)<br>        DEFENDANTS. )<br>)<br>) | Civil Action No. 0:11-CV-00029-HRW<br><br>*FILED ELECTRONICALLY* |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, and in answer to the Complaint of Morris E. Lewis ("Plaintiff"), states as follows:

**INTRODUCTION**

In response to the Introduction of the Complaint, Experian states that the allegations are legal conclusions to which no response is required. To the extent that an answer is required, Experian admits that Plaintiff purports to bring a claim under the statutes listed in the paragraph and denies, generally and specifically, each and every remaining allegations contained therein.

**CLAIM ONE FOR RELIEF**

**JURISDICTION AND VENUE**

1.      In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff has

alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Experian further admits that Plaintiff has alleged proper venue. Experian states that these are legal conclusions that are not subject to denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein.

## PARTIES

2.    In response to Paragraph 2 of the Complaint, Experian states that the allegations are legal conclusions to which no response is required. To the extent that an answer is required, Experian admits that Plaintiff purports to bring a claim under the Fair Credit Reporting Act and denies, generally and specifically, each and every remaining allegations contained therein.

3.    In response to Paragraph 3 of the Complaint, Experian admits, upon assumption and belief, that Plaintiff is a consumer as defined by 15 U.S.C. § 1681a(c).

4.    In response to Paragraph 4 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 4 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 4 of the Complaint.

5.    In response to Paragraph 5 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 5 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 5 of the Complaint.

6.    In response to Paragraph 6 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the

allegations in Paragraph 6 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 6 of the Complaint.

7. In response to Paragraph 7 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 7 of the Complaint.

## ALLEGATIONS

8. In response to Paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to Paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10. In response to Paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11. In response to Paragraph 11 of the Complaint, Experian is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 11 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 11 of the Complaint.

12. In response to Paragraph 12 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to Paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, Experian states that the allegations contained in Paragraph 16 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 16 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 16 of the Complaint.

17. In response to Paragraph 17 of the Complaint, Experian states that the allegations contained in Paragraph 17 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein. As to the allegations in Paragraph 17 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 17 of the Complaint.

18. In response to Paragraph 18 of the Complaint, Experian states that the allegations contained in Paragraph 18 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically,

each and every allegation contained therein.  As to the allegations in Paragraph 18 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 18 of the Complaint.

19. In response to Paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 19 are legal conclusions and therefore are not subject to a denial or admission.  To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein.

20. In response to Paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 20 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 20 of the Complaint.

21. In response to Paragraph 21 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 21 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 21 of the Complaint.

22. In response to Paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 22 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of

Paragraph 22 of the Complaint.

23. In response to Paragraph 23 of the Complaint, Experian states that the allegations contained in Paragraph 23 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein.

24. In response to Paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 24 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 24 of the Complaint.

25. In response to Paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 25 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 25 of the Complaint.

## SECOND CLAIM FOR RELIEF

## JURISDICTION

26. In response to Paragraph 26 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 26 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 26 of the Complaint.

27. In response to Paragraph 27 of the Complaint, Experian admits that Plaintiff has

alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. § 1681p and 28 U.S.C. § 1331.  Experian states that these are legal conclusions that are not subject to denial or admission.

28. In response to Paragraph 28 of the Complaint, Experian admits that Plaintiff has alleged proper venue.  Experian states that this is a legal conclusion that is not subject to denial or admission.

## PARTIES

29. In response to Paragraph 29 of the Complaint, Experian admits, upon assumption and belief, that Plaintiff is a consumer as defined by 15 U.S.C. § 1681a(c).

30. In response to Paragraph 30 of the Complaint, Experian states that the allegations contained in Paragraph 30 are legal conclusions and therefore are not subject to a denial or admission.  To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 30 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 30 of the Complaint.

31. In response to Paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Further, Experian states that the allegations contained in Paragraph 31 are legal conclusions and therefore are not subject to a denial or admission.  To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

32. In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  To the

extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

33. In response to Paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

34. In response to Paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

35. In response to Paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

36. In response to Paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 36 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

37. In response to Paragraph 37 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on

that basis, denies any allegations of Paragraph 37 inconsistent therewith. Moreover, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

38. In response to Paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 38 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

39. In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 39 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

40. In response to Paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 40 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

41. In response to Paragraph 41 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 41 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

## THIRD CLAIM FOR RELIEF

## JURISDICTION

42. In response to Paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 42 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 42 of the Complaint.

43. In response to Paragraph 43 of the Complaint, Experian admits that Plaintiff has alleged a common law breach of contract claim. Experian states that this is a legal conclusion that is not subject to denial or admission.

44. In response to Paragraph 44 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based supplemental jurisdiction as set forth in 28 U.S.C. § 1367. Experian states that this is a legal conclusion that is not subject to denial or admission.

## ALLEGATIONS

45. In response to paragraph 45 of the Complaint, Experian incorporates Paragraphs 1 through 44 above as if fully included herein.

46. In response to Paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the

extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

47. In response to Paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

48. In response to Paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

49. In response to Paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

50. In response to Paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

51. In response to Paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

52. In response to Paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 52 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

53. In response to Paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Further, Experian states that the allegations contained in Paragraph 53 are legal conclusions and therefore are not subject to a denial or admission. To the extent that an answer is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

54. Experian denies that Plaintiff is entitled to any relief. Experian further denies, generally and specifically, each and every allegation not specifically addressed in this Answer.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim Against Experian)

55. The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Experian.

### SECOND AFFIRMATIVE DEFENSE
### (Immunity)

56. Plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE
### (Truth and Accuracy of Information)

57. Plaintiff's claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE
### (Plaintiff's Negligence, Willful or Tortious Acts, and Comparative Fault)

58. If Plaintiff has suffered or will suffer any damages as alleged in the Complaint, such damages have been and will be proximately caused, in whole or in part, by the negligence, willful, or tortious acts or omissions and comparative fault of Plaintiff, which acts or omissions equal or exceed any alleged wrongdoing by Experian and which bar or diminish any recovery by Plaintiff against Experian.

### FIFTH AFFIRMATIVE DEFENSE
### (Third Parties' Negligence, Willful or Tortious Acts, and Comparative Fault; Indemnification)

59. If Plaintiff has suffered or will suffer any damages as alleged in the Complaint, such damages have been and will be proximately caused, in whole or in part, by the negligent, willful, or tortious acts or omissions and comparative fault of persons or entities over whom Experian had no control, and for whose conduct Experian is not responsible, which bars or diminishes any recovery by Plaintiff against Experian.

### SIXTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

60. At all relevant times herein, Plaintiff's alleged damages, which Experian denies exist, were aggravated by the failure of Plaintiff to use reasonable diligence to mitigate the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of his failure to

mitigate alleged losses.

## SEVENTH AFFIRMATIVE DEFENSE
### (Laches)

61.  The Complaint and each claim for relief therein is barred by laches.

## EIGHTH AFFIRMATIVE DEFENSE
### (Estoppel)

62.  Any damages that Plaintiff may have suffered, which Experian continues to deny, directly and proximately resulted from Plaintiff's conduct.  Therefore, Plaintiff is estopped and barred from pursuing the claims alleged in the Complaint against Experian and from recovery of any damages whatsoever against Experian.

## NINTH AFFIRMATIVE DEFENSE
### (Statue of Limitations)

63.  Plaintiff's Complaint is barred by the applicable statutes of limitation, including but not limited to those set forth in 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

64.  The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Intervening Cause)

65.  Plaintiff's alleged damages, which Experian continues to deny, were not caused by Experian but by an independent intervening cause, including but not limited to accurate negative information regarding Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE
### (Waiver)

66. By his conduct, Plaintiff has waived his right, if any, to pursue the claims alleged in the Complaint, and has waived any right to damages or relief, a purported right that Experian continues to deny, under the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Right to Assert Additional Defenses)

67. Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER

WHEREFORE, Defendant Experian Solutions, Inc. prays as follows:

1. That Plaintiff takes nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2. That Experian be awarded costs of suit; and

3. For such other and further relief as the Court may deem just and proper.

Dated:  April 14, 2011                    Respectfully submitted,

/s/ M. Jane Brannon
M. Jane Brannon
Jackson Kelly PLLC
175 East Main Street
P.O. Box 2150
Lexington, Kentucky 40588-2150
Telephone: (859) 288-2805
Facsimile  (859) 288-2849
Email:  mjbrannon@jacksonkelly.com

*COUNSEL FOR DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was served this 14th day of April, 2011, electronically in accordance with the method established under this Court's rules for CM/ECF Procedures upon all parties in the electronic filing system in this case and those persons listed below in the manner indicated.

| | |
|---|---|
| Steven C. Shane | William R. Brown |
| P.O. Box 73067 | Schuckit & Associates, PC – Zionsville |
| Bellevue, KY 41073 | 4545 Northwestern Drive |
| shanelaw@fuse.net | Zionsville, IN 46077 |
| | wbrown@schuckitlaw.com |

             /s/ M. Jane Brannon

549401