UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(ASHLAND DIVISION)

MORRIS E. LEWIS,

    Plaintiff,

                                        Civil Action No. 0:11-cv-29-HRW

vs.

CAPITAL ONE BANK (USA) N.A., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANS UNION LLC,

    Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**CORPORATE DISCLOSURE STATEMENT**

    COMES NOW Defendant Equifax Information Services LLC and submits the following corporate disclosure statement:

    Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc.  Equifax Inc. is publicly traded on the New York Stock Exchange.

                                        Respectfully submitted,

                                        EQUIFAX INFORMATION SERVICES LLC

                                        By:  */s/ John M. Williams*
                                        John M. Williams
                                        Rajkovich, Williams, Kilpatrick & True, PLLC
                                        3151 Beaumont Center Circle
                                        Suite 375
                                        Lexington, Kentucky 40513
                                        Telephone: (859) 245-1059
                                        Fax: (859) 245-1231
                                        Williams@rwktlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Steven C. Shane
    321 Fairfield Avenue
    First Floor
    P.O. Box 73067
    Bellevue, KY 41073
    Email: shanelaw@fuse.net
    Counsel for Plaintiff, Morris E. Lewis

Dated: April 15, 2011

                                      */s/ John M. Williams*
                                      John M. Williams