# In the United States District Court
# Eastern District of Kentucky
# Ashland Division

|  |  |  |
|---|---|---|
| **Morris E. Lewis** | :: | |
|     plaintiff | :: | Case No. 0:11cv29 |
| vs. | :: | Judge David L. Bunning |
| **Capital One Bank (USA) NA, et al.** | :: | |
|     defendants | | |

_____

## Report of the Parties Planning Meeting Pursuant to Rule 26(f)
_____

    A discovery conference was held this 9th day of May, 2011 pursuant to civil rule 26(f).

    1. **Appearances**

    For Plaintiffs:

    Steven C. Shane, 321 Fairfield Ave., P.O. Box 73067, Bellevue, Ky. 41073 (859) 431-7800, (859) 431-3100 facsimile for plaintiff, Morris E. Lewis.

    For Defendants:

    William R. Brown and Sandra L. Davis (admission pending), 4545 Northwestern Dr., Zionsville, IN, 46077, (317) 363-2400, (317) 363-2257 facsimile, for Defendant Trans Union, LLC.

    M. Jane Brannon, Jackson Kelly PLLC, 175 East Main Street, P.O. Box 2150, Lexington, KY 40588-2150, Phone (859) 288-2805, Fax (859) 288-2849, mjbrannon@jacksonkelly.com, for Experian Information Solutions, Inc.

    Shea Conley, 265 West Main St., Suite 700, Lexington, Ky. 40507, phone (859) 426-4630, facsimile (859) 233-1312, sconley@reminger.com, for Capital One Bank (USA) NA

2. **Pre-Discovery Disclosures**:

The parties agree to exchange initial disclosure within 14 days of the filing of this report in accord with rule 26(a) of the federal rules of civil procedure.

3. **Consent to the Jurisdiction of the Magistrate**

The parties do not unanimously consent to the jurisdiction of the Magistrate Judge for final disposition of this case.

4. **Amendment of the Pleadings & Joinder of Parties:**

The parties propose that the parties have 60 days from the filing of this report within which to amend the pleadings or join additional parties.

5. **Discovery Plan:**

The parties propose the following discovery plan:

**(a) discovery will be needed on the following subjects**:

**Plaintiff**: will seek discovery with regard to all underlying facts which will support his claims against Defendants and the defenses, if any, of the Defendants.

In addition to deposing the parties, Plaintiff's discovery will most likely include deposing the Defendants' employees and non-party witnesses.  Also, Plaintiff may serve interrogatories, requests for production of documents and requests for admission to Defendant.

**Defendants**:

Trans Union will seek discovery on all allegations, claims, theories of liability damages, defenses and affirmative defenses alleged in the Complaint and Answer. Discovery will be conducted by, but not limited to, deposition, interrogatories, requests for production of documents and requests for admission.

Defendant Experian will seek discovery of plaintiff's credit report(s), evidence related to plaintiff's credit report(s), such as communication and correspondence between/among plaintiff, credit reporting agencies and creditors, plaintiff's alleged damages, and any other evidence related to claims alleged in the Complaint or as warranted by discovery and the factual developments in this case.

Capital One will seek discovery as to all underlying facts which will support plaintiff's claims and plaintiff's alleged damages. Capital One anticipates serving written discovery and deposing Plaintiff and any additional witnesses.

**(b) discovery period**

The parties propose that discovery be completed by January 13, 2012.

**(c ) limitations on discovery**

Plaintiff suggests that the number of depositions can be limited to 10 and the number interrogatories to 25 for each party. There should be no limitations placed on discovery with respect to requests for admissions and for production of documents.

Trans Union requests that requests for production of documents be limited to 30 and requests for admission be limited to 40.

Experian requests that discovery be governed by the Federal Rules of Civil Procedure and the Local Rules.

**(d) expert testimony**

Plaintiff may utilize the expert testimony of a forensic and clinical psychologist to indicate the impact of Defendants' alleged unlawful conduct on his emotional state and well being as well as an expert to explain the procedure and purpose involving the manner in which a consumer dispute should be investigated by both a credit furnisher and credit reporting agency.

Trans Union has not yet determined whether it will utilize any expert witnesses.

Defendant Experian anticipates that it may offer expert testimony regarding the credit reporting, the reasonableness of the Defendant's investigation, plaintiff's

alleged damages and causes thereof, and any other areas warranted by discovery and the factual developments in this case.

To the extent that Plaintiff designates an expert Capital One may utilize a rebuttal expert.

**(e) recommended date for identifying experts and providing reports:**

Plaintiff can identify his primary experts and provide report by October 3, 2011.

Defendants can identify their experts, if any, and provide reports by November 18, 2011.

**6. Dispositive Motions**

The parties propose that dispositive motions be filed within 45 days from the close of discovery.

**7. Mediation & Settlement**

Plaintiff suggests that the case may be appropriate for mediation after receipt of basic discovery in the case from the Defendants.

Trans Union and Experian believe that a settlement conference before a judicial officer may be useful after a period of discovery and when all parties agree it is appropriate.

**8. Final Pretrial Conference**

Plaintiff proposes that a final pretrial conference be scheduled approximately 30 to 45 days prior to the commencement of trial.

Trans Union proposes that a final pretrial conference be scheduled approximately two weeks prior to the commencement of trial.

Experian and Capital One propose that a final pretrial conference be scheduled approximately 30 days prior to the commencement of trial

**9. Trial**

The parties propose that they can be ready for trial 30 days after the Court's ruling on any pending dispositive motions and estimates that the trial will take 4-5 days.

**11. Other Matters**

Plaintiff would oppose any consolidation with case 0:11cv28 in view of the fact that the legal issues as well as the evidence and proof needed in that case are entirely different.

        Respectfully submitted by:

        **/s/M. Jane Brannon**
        M. Jane Brannon
        Jackson Kelly PLLC
        175 East Main Street
        P.O. Box 2150
        Lexington, Kentucky 40588-2150
        Telephone:  (859) 288-2805
        Facsimile:   (859) 288-2849
        Email: mjbrannon@jacksonkelly.com

/s/**STEVEN C. SHANE**
Steven C. Shane (0041124)
Trial Attorney for Plaintiffs
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800 voice
(859) 431-3100 facsimile
shanelaw@fuse.net
Attorney for Plaintiff


REMINGER CO., L.P.A.

 /s/ Shea W. Conley
 Shea W. Conley, Esq.
Matthew T. Lockaby, Esq.
 269 West Main Street, Suite 700
 Lexington, KY 40507
Phone:  859.233.1311
Fax:  859.233.1312
Email: sconley@reminger.com
mlockaby@reminger.com
*Counsel for Capital One Bank*

**6**